THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEALTHCARE PROFESSIONAL LONG TERM CARE RISK RETENTION GROUP, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: ) |
| AHVA CARE OF WINFIELD, LLC / AHVA CARE OF STICKNEY, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

## COMPLAINT

Plaintiff, HEALTHCARE PROFESSIONAL LONG TERM CARE RISK RETENTION GROUP ("HEALTHCARE PROFESSIONAL"), by its attorneys, COZEN O'CONNOR, for its Complaint against Defendants AHVA CARE OF WINFIELD, LLC ("WINFIELD") and AHVA CARE OF STICKNEY, LLC ("STICKNEY"), states as follows:

## NATURE OF THE ACTION

1. WINFIELD and STICKNEY have accepted benefits under professional liability insurance policies issued to them by HEALTHCARE PROFESSIONAL but have breached their contractual obligations under the policies. WINFIELD's and STICKNEY's breaches, related to policy deductibles, have damaged HEALTHCARE PROFESSIONAL in the amount of $100,000 and have prompted this action by HEALTHCARE PROFESSIONAL for recovery of those damages.

2. HEALTHCARE PROFESSIONAL issued a Long Term Care Facility Entity Liability Policy to WINFIELD and STICKNEY for the period of October 8, 2021 to October 8, 2022 ("2021-2022 Policy").

3. HEALTHCARE PROFESSIONAL also issued a Long Term Care Facility Entity Liability Policy to WINFIELD and STICKNEY for the period of October 8, 2022 to October 8, 2023 ("2022-2023 Policy").

4. The 2021-2022 Policy and 2022-2023 Policy each contain a deductible of $50,000 per claim.

5. On October 23, 2024, HEALTHCARE PROFESSIONAL settled a lawsuit filed in the Circuit Court of Cook County, Illinois, Case No. 2023L009204, on behalf of STICKNEY.

6. On February 25, 2025, HEALTHCARE PROFESSIONAL settled a lawsuit filed in the Circuit Court of Cook County, Illinois, Case No. 2022L010971, on behalf of WINFIELD.

7. WINFIELD and STICKNEY have failed and/or refused to pay back amounts falling under the deducible, thereby breaching the 2021-2022 Policy and 2022-2023 Policy.

8. By failing to reimburse HEALTHCARE PROFESSIONAL for the deductible amounts under the 2021-2022 Policy and 2022-2023 Policy, WINFIELD and STICKNEY have breached their contracts and damaged HEALTHCARE PROFESSIONAL in an amount totaling $100,000, plus interest.

9. Accordingly, in this action, HEALTHCARE PROFESSIONAL seeks to recover all amounts owed by WINFIELD and STICKNEY, including deductibles, interest, costs, and attorneys' fees.

**THE PARTIES**

10. Plaintiff HEALTHCARE PROFESSIONAL is an insurance company organized under the laws of the State of Florida with a principal place of business in the State of Florida. At all relevant times, it was duly authorized to sell insurance in the State of Illinois.

11. WINFIELD is an Illinois limited liability company with its principal place of business in WINFIELD, Illinois.

12. WINFIELD has a single member: Elana Baver.

13. STICKNEY is an Illinois limited liability company with its principal place of business in Berwyn, Illinois.

14. STICKNEY has a single member: Elana Baver.

15. Baver is a resident of the State of Illinois and therefore is a citizen of the State of Illinois.

## JURISDICTION AND VENUE

16. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332 because Plaintiff is of diverse citizenship from WINFIELD and STICKNEY, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

17. The Court has personal jurisdiction over WINFIELD and STICKNEY because they are organized under the State of Illinois and have their principal place of business in WINFIELD, Illinois and STICKNEY, Illinois, respectively.

18. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2), in that a substantial part of the events giving rise to the claims at issue occurred in this District. Specifically, the 2021-2022 Policy and 2022-2023 Policy were issued to WINFIELD and STICKNEY in WINFIELD, Illinois and STICKNEY, Illinois, respectively.

## THE LONG TERM CARE FACILITY ENTITY LIABILITY POLICIES

19. HEALTHCARE PROFESSIONAL issued the 2021-2022 Policy to WINFIELD and STICKNEY for the period of October 8, 2021 to October 8, 2022.

20. The 2021-2022 Policy is attached hereto as **Exhibit A**.

21. The 2021-2022 Policy has a $50,000 deductible that applies on a per claim basis.

22. HEALTHCARE PROFESSIONAL issued the 2022-2023 Policy to WINFIELD and STICKNEY for the period of October 8, 2023 to October 8, 2024.

23. The 2022-2023 Policy is attached hereto as **Exhibit B.**

24. The 2022-2023 Policy has a $50,000 deductible that applies on a per claim basis.

## COUNT I
## BREACH OF 2021-2022 POLICY

25. HEALTHCARE PROFESSIONAL hereby adopts by reference the allegations contained in paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26. At all times relevant, WINFIELD owned and operated a long-term care facility commonly known as Ahava Care of Winfield.

27. On December 12, 2022, David Kosirog, as Independent Executor of the Estate of James Kosirog, filed a lawsuit in the Circuit Court of Cook County, Illinois, Case No. 2022L01091, against WINFIELD and other defendants ("Kosirog Lawsuit").

28. Pursuant to the 2021-2022 Policy, HEALTHCARE PROFESSIONAL provided WINFIELD with a defense in the Kosirog Lawsuit.

29. Additionally, HEALTHCARE PROFESSIONAL settled and/or made certain indemnity payments in connection with the Kosirog Lawsuit on behalf of WINFIELD.

30. The 2021-2022 Policy has a $50,000 per claim deductible.

31. Pursuant to the 2021-2022 Policy, WINFIELD and STICKNEY are obligated to reimburse HEALTHCARE PROFESSIONAL for any amounts within the $50,000 deductible that were initially funded by HEALTHCARE PROFESSIONAL .

32. Following the settlement of the Kosirog Lawsuit, HEALTHCARE PROFESSIONAL promptly issued an invoice to WINFIELD and STICKNEY for the $50,000 deductible.

33. However, WINFIELD and STICKNEY have failed and/or refused to reimburse HEALTHCARE PROFESSIONAL for such amounts.

34. Accordingly, WINFIELD and STICKNEY have breached the 2021-2022 Policy.

35. WINFIELD's and STICKNEY's breaches have damaged HEALTHCARE PROFESSIONAL in an amount in excess of $50,000 and have promoted this action by HEALTHCARE PROFESSIONAL for recovery of those damages.

## COUNT II
## BREACH OF 2022-2023 POLICY

36. HEALTHCARE PROFESSIONAL hereby adopts by reference the allegations contained in paragraphs 1 through 35 of this Complaint as if fully set forth herein.

37. At all times relevant, STICKNEY owned and operated a long-term care facility commonly known as Ahva Care of Stickney.

38. On September 12, 2023, Jennifer Lynam, as Independent Executor of the Estate of Ronald J. Janisch, filed a lawsuit in the Circuit Court of Cook County, Illinois, Case No. 2023L009204, against STICKNEY and other defendants ("Janisch Lawsuit").

39. Pursuant to the 2022-2023 Policy, HEALTHCARE PROFESSIONAL provided STICKNEY with a defense in the Janisch Lawsuit.

40. Additionally, HEALTHCARE PROFESSIONAL settled and/or made certain indemnity payments in connection with the Janisch Lawsuit on behalf of STICKNEY.

41. The 2022-2023 Policy has a $50,000 per claim deductible.

42. Pursuant to the 2022-2024 Policy, WINFIELD and STICKNEY are obligated to reimburse HEALTHCARE PROFESSIONAL for any amounts within the $50,000 deductible that were initially funded by HEALTHCARE PROFESSIONAL.

43. Following the settlement of the Janisch Lawsuit, HEALTHCARE PROFESSIONAL promptly issued an invoice to WINFIELD and STICKNEY for the $50,000 deductible.

44. However, WINFIELD and STICKNEY have failed and/or refused to reimburse HEALTHCARE PROFESSIONAL for such amounts.

45. Accordingly, WINFIELD and STICKNEY have breached the 2022-2023 Policy.

46. WINFIELD's and STICKNEY's breaches have damaged HEALTHCARE PROFESSIONAL in an amount in excess of $50,000 and have promoted this action by HEALTHCARE PROFESSIONAL for recovery of those damages.

## **PRAYER FOR RELIEF**

Wherefore, HEALTHCARE PROFESSIONAL prays that this Court enter an Order:

1. granting an award of damages against WINFIELD and STICKNEY in an amount not less than $50,000, plus interest, costs, and attorneys' fees on Count I;

2. granting an award of damages against WINFIELD and STICKNEY in an amount not less than $50,000 plus interest, costs, and attorneys' fees on Count II; and

3. any additional relief as the Court deems just and proper.

Dated: September 26, 2025

Respectfully submitted,

COZEN O'CONNOR

By: */s/Michael J. Weiss*

*Attorney for Plaintiff*

6

Gary L. Gassman
Michael J. Weiss
COZEN O'CONNOR
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 382-3100 (telephone)
(312) 382-8910 (facsimile)
ggassman@cozen.com
mjweiss@cozen.com